# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| GARY LYNN PRICE, JR. | § | Case No. 10-23756-7 RDB |
| TRACY LYNN PRICE | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Christopher J. Redmond, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:                                  Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:                  Claims Discharged
                                                   Without Payment:

Total Expenses of Administration:

---

3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

     4) This case was originally filed under chapter    on      . The case was pending for    months.

     5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

     6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____ By:/s/Christopher J. Redmond_____
                                                                                           Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| **TOTAL GROSS RECEIPTS** | | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital One Auto Finance Inc PO Box 260848 Plano, TX 75026- | | | | | |
| | Green Tree PO Box 94710 Palatine, IL 60094-4710 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Indy Mac Mortgage PO Box 78826 Phoenix, AZ 85062-8826 | | | | | |
| | Met Life Mortgage PO Box 71093 Charlotte, NC 28272-1093 | | | | | |
| 16 | Capital One Auto Finance | | | | | |
| 3 | Capital One Auto Finance, c/o Ascension Capital Gr | | | | | |
| 4 | Speedy Cash | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Christopher J. Redmond | | | | | |
| Christopher J. Redmond | | | | | |
| Christopher J. Redmond | | | | | |
| Union Bank of California | | | | | |
| Union Bank of California | | | | | |
| Union Bank | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Union Bank | | | | | |
| Union Bank | | | | | |
| Union Bank | | | | | |
| Union Bank | | | | | |
| Union Bank | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 9 | American Express Centurion Bank | | | | | |
| 7 | Capital One Bank USA NA | | | | | |
| 5 | Chase Bank USA, N.A. | | | | | |
| 14 | Dell Financial Services L.L.C. | | | | | |
| | Direct Loans PO Box 5609 Greenville, TX 75403 | | | | | |
| | Direct Loans PO Box 5609 Greenville, TX 75403 | | | | | |
| 2 | Discover Bank | | | | | |
| 1 | Discover Bank | | | | | |
| 18 | FIA Card Services NABank of America | | | | | |
| 17 | FIA Card Services NABank of America | | | | | |
| 12 | GE Money Bank | | | | | |
| 11 | GE Money Bank | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 13 | GE Money Bank | | | | | |
| 15 | HSBC Bank Nevada NA | | | | | |
| 6 | KEYBANK, N.A. | | | | | |
| 10 | PYOD LLC its successors and assigns as assignee of | | | | | |
| 8 | United States Department of Education | | | | | |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $ | $ | $ | $ |

| Case No: | 10-23756 RDB | Judge: | Robert D. Berger | Trustee Name: | Christopher J. Redmond, Trustee |
|---|---|---|---|---|---|
| Case Name: | GARY LYNN PRICE, JR. | | | Date Filed (f) or Converted (c): | 10/29/10 (f) |
| | TRACY LYNN PRICE | | | 341(a) Meeting Date: | 12/02/10 |
| For Period Ending: 10/21/13 | | | | Claims Bar Date: | 03/17/11 |

Exhibit 8

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 311 E Ave B Mt Hope KS 67108 | 74,000.00 | 0.00 | | 0.00 | FA |
| 2 | 909 S Maple McPherson KS 67460 | 130,000.00 | 0.00 | | 0.00 | FA |
| 3 | Checking-Bank of America | 0.00 | 0.00 | | 0.00 | FA |
| 4 | Checking-Citizens State Bank | 0.00 | 0.00 | | 0.00 | FA |
| 5 | Household goods | 5,000.00 | 0.00 | | 0.00 | FA |
| 6 | Clothing | 300.00 | 0.00 | | 0.00 | FA |
| 7 | Jewelry | 500.00 | 0.00 | | 0.00 | FA |
| 8 | Golf Clubs | 100.00 | 0.00 | | 0.00 | FA |
| 9 | Term Life Insurance | 0.00 | 0.00 | | 0.00 | FA |
| 10 | 1999 Chevrolet Suburban | 2,500.00 | 0.00 | | 0.00 | FA |
| 11 | 2001 Dodge Stratus | 1,000.00 | 0.00 | | 0.00 | FA |
| 12 | 2003 Dodge Ram Van | 5,000.00 | 0.00 | | 0.00 | FA |
| 13 | 1982 Travel Trailer | 495.00 | 0.00 | | 0.00 | FA |
| 14 | Pro Rata Portion of 2010 Income Tax Refunds (u) | 5,878.66 | 5,878.66 | | 5,878.66 | FA |
| INT | Post-Petition Interest Deposits (u) | Unknown | N/A | | 1.00 | Unknown |

TOTALS (Excluding Unknown Values)    $224,773.66    $5,878.66    $5,879.66

Gross Value of Remaining Assets    $0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

12/02/10 - Per Trustee, to hold case open pending further review and receipt of copies of 2010 income tax returns to determine if estate's portion is sufficient for administration.
12/07/10 - Prepared and filed Notice of Recovery.
12/07/10 - Letter to counsel regarding status.
12/09/10 - Prepared and filed Initial Interim Report.
** Claims Bar Date 03/17/11; Governmental Bar Date 06/15/11 **
01/18/11 - Second follow-up letter to Debtors and Debtors' counsel re: 2010 tax returns/refunds.
03/09/11 - Receipt of copies of post-petition bank statements covering the date of filing;

| | | |
|---|---|---|
| Case No: | 10-23756  RDB  Judge: Robert D. Berger | Trustee Name: Christopher J. Redmond, Trustee |
| Case Name: | GARY LYNN PRICE, JR. | Date Filed (f) or Converted (c): 10/29/10 (f) |
| | TRACY LYNN PRICE | 341(a) Meeting Date: 12/02/10 |
| For Period Ending: 10/21/13 | | Claims Bar Date: 03/17/11 |

Acct *4282* - $142.16  
Acct *9082* - $188.78  
Acct *8523* - $ 2.72  
Acct *7093* - negative balance  
04/28/11 - Review of 2010 income tax returns; total refunds of $7,105; based on date of filing 302 days to estate = $5,093.46; $0 in scheduled cash on hand/account; no preferences to unsecureds or insiders disclosed; no third party claims disclosed; assignment for attorneys fees in the amount of $949.00, the pro-rata portion = $785.20; e-mail to counsel for turnover of $5,093.46.  
04/28/11 - E-mail from counsel advising his fees had been paid in full; recalcuated estate's portion of refunds and turnover request amended to $5,878,.66  
** Funds Received  
07/12/11 - Review of Motion for Relief filed on behalf of Metlife Home Loans regarding 311 East Avenue B, Mt. Hope, KS 67108; Memo to Trustee concerning same; Response prepared.  
11/7/11 - Enter and review of claims filed  
02/06/12 - Notice Pursuant to D.Kan.LBR 3001-1(d) filed as to Claims #3, #4 and #16  
02/06/12 - Notice of Request for Costs  
03/12/12 - Prepare TFR and NFR  
12/11/12 - Prepare TDR  
**Funds returned by US Dept of Education  
Motion to Redistribute filed  
04/19/13 - Order entered Granting motion to Redistribute  
10/21/13 - Prepare TDR  

RE PROP #  11  --  Capital One Auto Finance is reflected under liens on the Title and Registration Receipt Renewal dated September 30, 2009.  
RE PROP #  12  --  Capital One Auto Finance is reflected under liens on Title and Registration Receipt Renewal dated October 1, 2010.  

Initial Projected Date of Final Report (TFR):   06/30/12         Current Projected Date of Final Report (TFR):   / /

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: 10-23756 | Trustee Name: Christopher J. Redmond, Trustee |
| Case Name: GARY LYNN PRICE, JR. | Bank Name: Union Bank |
| TRACY LYNN PRICE | Account Number/CD#: XXXXXX8465 - Checking Account |
| Taxpayer ID No: XX-XXX1262 | Blanket Bond (per case limit): $27,000,000.00 |
| For Period Ending: 10/21/13 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/19/11 | 14 | Gary L. Price | Turnover Per Request | 1224-000 | 5,878.66 | | 5,878.66 |
| 09/26/11 | | Union Bank of California | BANK SERVICES FEE (CHK) | 2600-000 | | 12.29 | 5,866.37 |
| 10/07/11 | | Transfer to Acct#XXXXXX1028 | Transfer of Funds | 9999-000 | | 5,864.00 | 2.37 |
| 10/07/11 | | Union Bank of California | Prorated Fee 10/1/11 - 10/5/11 | 2600-000 | | 2.37 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 5,878.66 | 5,878.66 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 5,864.00 | |
| Subtotal | 5,878.66 | 14.66 | |
| Less: Payments to Debtors | 0.00 | 0.00 | |
| Net | 5,878.66 | 14.66 | |

| | | |
|---|---|---|
| Page Subtotals | 5,878.66 | 5,878.66 |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2
Exhibit 9

Case No: 10-23756  
Case Name: GARY LYNN PRICE, JR.  
TRACY LYNN PRICE  
Taxpayer ID No: XX-XXX1262  
For Period Ending: 10/21/13  

Trustee Name: Christopher J. Redmond, Trustee  
Bank Name: Capital One  
Account Number/CD#: XXXXXX1028 - Money Market Account  
Blanket Bond (per case limit): $27,000,000.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/07/11 | | Transfer from Acct#XXXXXX8465 | Transfer of Funds | 9999-000 | 5,864.00 | | 5,864.00 |
| 10/31/11 | INT | Capital One | Interest Rate 0.080 | 1270-000 | 0.12 | | 5,864.12 |
| 11/30/11 | INT | Capital One | Interest Rate 0.080 | 1270-000 | 0.14 | | 5,864.26 |
| 12/30/11 | INT | Capital One | Interest Rate 0.080 | 1270-000 | 0.15 | | 5,864.41 |
| 01/31/12 | INT | Capital One | Interest Rate 0.080 | 1270-000 | 0.15 | | 5,864.56 |
| 02/29/12 | INT | Capital One | Interest Rate 0.080 | 1270-000 | 0.14 | | 5,864.70 |
| 03/30/12 | INT | Capital One | Interest Rate 0.080 | 1270-000 | 0.15 | | 5,864.85 |
| 04/30/12 | INT | Capital One | Interest Rate 0.080 | 1270-000 | 0.14 | | 5,864.99 |
| 05/03/12 | INT | Capital One | Interest Rate 0.080 | 1270-000 | 0.01 | | 5,865.00 |
| 06/12/12 | INT | Capital One | Interest | 1270-000 | 14.08 | | 5,879.08 |
| 06/12/12 | | Transfer to Acct#XXXXXX3497 | Transfer of Funds | 9999-000 | | 5,879.08 | 0.00 |
| 07/09/12 | | Transfer from Acct#XXXXXX3497 | Transfer of Funds | 9999-000 | 5,879.08 | | 5,879.08 |
| 07/09/12 | INT | Capital One | Reduction of Interest Posted 06/12/12 | 1270-000 | -14.08 | | 5,865.00 |
| 07/09/12 | | Transfer to Acct#XXXXXX3497 | Transfer of Funds | 9999-000 | | 5,865.00 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 11,744.08 | 11,744.08 | 0.00 |
| Less: Bank Transfers/CD's | 11,743.08 | 11,744.08 | |
| Subtotal | 1.00 | 0.00 | |
| Less: Payments to Debtors | 0.00 | 0.00 | |
| Net | 1.00 | 0.00 | |

Page Subtotals: 11,744.08   11,744.08

UST Form 101-7-TDR (5/1/2011) (Page: 11)

Case 10-23756    Doc# 61    Filed 11/20/13    Page 11 of 19

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: 10-23756 | Trustee Name: Christopher J. Redmond, Trustee |
| Case Name: GARY LYNN PRICE, JR. | Bank Name: Capital One |
| TRACY LYNN PRICE | Account Number/CD#: XXXXXX3497 - Checking Account |
| Taxpayer ID No: XX-XXX1262 | Blanket Bond (per case limit): $27,000,000.00 |
| For Period Ending: 10/21/13 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/12/12 | | Transfer from Acct#XXXXXX1028 | Transfer of Funds | 9999-000 | 5,879.08 | | 5,879.08 |
| 07/09/12 | | Transfer from Acct#XXXXXX1028 | Transfer of Funds | 9999-000 | 5,865.00 | | 11,744.08 |
| 07/09/12 | | Transfer to Acct#XXXXXX1028 | Transfer of Funds | 9999-000 | | 5,879.08 | 5,865.00 |
| 09/12/12 | 002001 | CHRISTOPHER J. REDMOND, TRUSTEE<br>Husch Blackwell LLP<br>4801 Main Street, Suite 1000<br>Kansas City MO 64112 | Trustee Fees Per 08/27/12 Order | 2100-000 | | 1,337.94 | 4,527.06 |
| 09/12/12 | 002002 | CHRISTOPHER J. REDMOND, TRUSTEE<br>Husch Blackwell LLP<br>4801 Main Street, Suite 1000<br>Kansas City MO 64112 | Trustee Expenses per 08/27/12 Order | 2200-000 | | 500.00 | 4,027.06 |
| 09/12/12 | 002003 | Discover Bank<br>Dfs Services LLC<br>PO Box 3025<br>New Albany OH 430543025 | (Final distribution to Claim 1, representing a Payment of 1.81% per court order.) | 7100-000 | | 165.40 | 3,861.66 |
| 09/12/12 | 002004 | Discover Bank<br>Dfs Services LLC<br>PO Box 3025<br>New Albany OH 430543025 | (Final distribution to Claim 2, representing a Payment of 1.81% per court order.) | 7100-000 | | 100.03 | 3,761.63 |
| 09/12/12 | 002005 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | (Final distribution to Claim 5, representing a Payment of 1.81% per court order.) | 7100-000 | | 35.43 | 3,726.20 |
| 09/12/12 | 002006 | KEYBANK, N.A.<br>c/0 Weltman, Weinberg & Reis Co., L.P.A.<br>323 W. Lakeside Ave., 2nd Fl.<br>Cleveland, OH 44113 | (Final distribution to Claim 6, representing a Payment of 1.81% per court order.) | 7100-000 | | 623.24 | 3,102.96 |
| | | | Page Subtotals | | 11,744.08 | 8,641.12 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 10-23756
Case Name: GARY LYNN PRICE, JR.
TRACY LYNN PRICE
Taxpayer ID No: XX-XXX1262
For Period Ending: 10/21/13

Trustee Name: Christopher J. Redmond, Trustee
Bank Name: Capital One
Account Number/CD#: XXXXXX3497 - Checking Account
Blanket Bond (per case limit): $27,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/12/12 | 002007 | Capital One Bank USA NA by American Infosource Lp As Agent PO Box 248839 Oklahoma City OK 731248839 | (Final distribution to Claim 7, representing a Payment of 1.81% per court order.) | 7100-000 | | 14.14 | 3,088.82 |
| 09/12/12 | 002008 | United States Department of Education Direct Loan Servicing Center P.O. Box 5609 Greenville, TX 75403-5609 | (Final distribution to Claim 8, representing a Payment of 1.81% per court order.) | 7100-000 | | 2,109.67 | 979.15 |
| 09/12/12 | 002009 | American Express Centurion Bank c/o Becket and Lee LLP POB 3001 Malvern PA 19355-0701 | (Final distribution to Claim 9, representing a Payment of 1.81% per court order.) | 7100-000 | | 80.43 | 898.72 |
| 09/12/12 | 002010 | PYOD LLC its successors and assigns as assignee of Citibank, NA c/o Resurgent Capital Services PO Box 19008 Greenville, SC 29602- | (Final distribution to Claim 10, representing a Payment of 1.81% per court order.) | 7100-000 | | 34.24 | 864.48 |
| 09/12/12 | 002011 | GE Money Bank c/o Recovery Management Systems Corporat 25 SE 2nd Ave Suite 1120 Miami FL 33131-1605 | (Final distribution to Claim 11, representing a Payment of 1.81% per court order.) | 7100-000 | | 8.52 | 855.96 |
| | | | Page Subtotals | | 0.00 | 2,247.00 | |

UST Form 101-7-TDR (5/1/2011) *(Page: 13)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 10-23756
Case Name: GARY LYNN PRICE, JR.
TRACY LYNN PRICE
Taxpayer ID No: XX-XXX1262
For Period Ending: 10/21/13

Trustee Name: Christopher J. Redmond, Trustee
Bank Name: Capital One
Account Number/CD#: XXXXXX3497 - Checking Account
Blanket Bond (per case limit): $27,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/12/12 | 002012 | GE Money Bank<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | (Final distribution to Claim 12, representing a Payment of 1.81% per court order.) | 7100-000 | | 5.49 | 850.47 |
| 09/12/12 | 002013 | GE Money Bank<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | (Final distribution to Claim 13, representing a Payment of 1.81% per court order.) | 7100-000 | | 24.69 | 825.78 |
| 09/12/12 | 002014 | Dell Financial Services L.L.C.<br>c/o Resurgent Capital Services<br>PO Box 10390<br>Greenville, SC 29603-0390 | (Final distribution to Claim 14, representing a Payment of 1.81% per court order.) | 7100-000 | | 43.58 | 782.20 |
| 09/12/12 | 002015 | HSBC Bank Nevada NA<br>Bass and Associates PC<br>3936 E Ft Lowell Rd Suite 200<br>Tucson, AZ 85712 | (Final distribution to Claim 15, representing a Payment of 1.81% per court order.) | 7100-000 | | 36.36 | 745.84 |
| 09/12/12 | 002016 | FIA Card Services NABank of America<br>by American InfoSource LP as its agent<br>PO Box 248809<br>Oklahoma City OK 731248809 | (Final distribution to Claim 17, representing a Payment of 1.81% per court order.) | 7100-000 | | 602.61 | 143.23 |
| 09/12/12 | 002017 | FIA Card Services NABank of America<br>by American InfoSource LP as its agent<br>PO Box 248809<br>Oklahoma City OK 731248809 | (Final distribution to Claim 18, representing a Payment of 1.81% per court order.) | 7100-000 | | 143.23 | 0.00 |
| | | | Page Subtotals | | 0.00 | 855.96 | |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 10-23756  
Case Name: GARY LYNN PRICE, JR.  
TRACY LYNN PRICE  
Taxpayer ID No: XX-XXX1262  
For Period Ending: 10/21/13  

Trustee Name: Christopher J. Redmond, Trustee  
Bank Name: Capital One  
Account Number/CD#: XXXXXX3497 - Checking Account  
Blanket Bond (per case limit): $27,000,000.00  
Separate Bond (if applicable):  

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account/CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | COLUMN TOTALS | | | 11,744.08 | 11,744.08 | 0.00 |
| | | Less: Bank Transfers/CD's | | | 11,744.08 | 5,879.08 | |
| | | Subtotal | | | 0.00 | 5,865.00 | |
| | | Less: Payments to Debtors | | | 0.00 | 0.00 | |
| | | Net | | | 0.00 | 5,865.00 | |

Page Subtotals     0.00     0.00

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 7
Exhibit 9

Case No: 10-23756
Case Name: GARY LYNN PRICE, JR.
TRACY LYNN PRICE
Taxpayer ID No: XX-XXX1262
For Period Ending: 10/21/13

Trustee Name: Christopher J. Redmond, Trustee
Bank Name: Union Bank
Account Number/CD#: XXXXXX1337 - Checking Account
Blanket Bond (per case limit): $27,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/01/13 | | United States Department of Education<br>Direct Loan Servicing Center<br>P.O. Box 5609<br>Greenville, TX 75403-5609 | | 7100-000 | | -2,109.67 | 2,109.67 |
| 03/25/13 | | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 | | 15.00 | 2,094.67 |
| 04/18/13 | | Union Bank | Bank Service Charge | 2600-000 | | 15.00 | 2,079.67 |
| 04/19/13 | | Union Bank | Service Charge Refund | 2600-000 | | -15.00 | 2,094.67 |
| 04/19/13 | | Union Bank | Service Charge Refund | 2600-000 | | -15.00 | 2,109.67 |
| 04/25/13 | | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 | | 15.00 | 2,094.67 |
| 05/08/13 | | Union Bank | Service Charge Refund | 2600-000 | | -15.00 | 2,109.67 |
| 07/15/13 | 003001 | CHRISTOPHER J. REDMOND, TRUSTEE<br>Husch Blackwell LLP<br>4801 Main Street, Suite 1000<br>Kansas City MO 64112 | Administrative Expense Per 04/19/13 Order | 2200-000 | | 70.00 | 2,039.67 |
| 07/15/13 | 003002 | Discover Bank<br>Dfs Services LLC<br>PO Box 3025<br>New Albany OH 430543025 | (Final distribution to Claim 1, representing a Payment of 1.92% per court order.) | 7100-000 | | 175.95 | 1,863.72 |
| 07/15/13 | 003003 | Discover Bank<br>Dfs Services LLC<br>PO Box 3025<br>New Albany OH 430543025 | (Final distribution to Claim 2, representing a Payment of 1.92% per court order.) | 7100-000 | | 106.41 | 1,757.31 |
| 07/15/13 | 003004 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | (Final distribution to Claim 5, representing a Payment of 1.92% per court order.) | 7100-000 | | 37.68 | 1,719.63 |

Page Subtotals     0.00     -1,719.63

UST Form 101-7-TDR (5/1/2011) (Page: 16)

Case 10-23756    Doc# 61    Filed 11/20/13    Page 16 of 19

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 8
Exhibit 9

Case No: 10-23756
Case Name: GARY LYNN PRICE, JR.
TRACY LYNN PRICE
Taxpayer ID No: XX-XXX1262
For Period Ending: 10/21/13

Trustee Name: Christopher J. Redmond, Trustee
Bank Name: Union Bank
Account Number/CD#: XXXXXX1337 - Checking Account
Blanket Bond (per case limit): $27,000,000.00
Separate Bond (if applicable):

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account/CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 07/15/13 | 003005 | KEYBANK, N.A.<br>c/0 Weltman, Weinberg & Reis Co., L.P.A.<br>323 W. Lakeside Ave., 2nd Fl.<br>Cleveland, OH 44113 | (Final distribution to Claim 6, representing a Payment of 1.92% per court order.) | 7100-000 | | 663.00 | 1,056.63 |
| 07/15/13 | 003006 | Capital One Bank USA NA<br>by American Infosource Lp As Agent<br>PO Box 248839<br>Oklahoma City OK 731248839 | (Final distribution to Claim 7, representing a Payment of 1.92% per court order.) | 7100-000 | | 15.05 | 1,041.58 |
| 07/15/13 | 003007 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | (Final distribution to Claim 9, representing a Payment of 1.92% per court order.) | 7100-000 | | 85.55 | 956.03 |
| 07/15/13 | 003008 | PYOD LLC its successors and assigns as assignee of<br>Citibank, NA<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | (Final distribution to Claim 10, representing a Payment of 1.92% per court order.) | 7100-000 | | 36.42 | 919.61 |
| 07/15/13 | 003009 | GE Money Bank<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | (Final distribution to Claim 11, representing a Payment of 1.92% per court order.) | 7100-000 | | 9.06 | 910.55 |
| | | | Page Subtotals | | 0.00 | 809.08 | |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 10-23756
Case Name: GARY LYNN PRICE, JR.
TRACY LYNN PRICE
Taxpayer ID No: XX-XXX1262
For Period Ending: 10/21/13

Trustee Name: Christopher J. Redmond, Trustee
Bank Name: Union Bank
Account Number/CD#: XXXXXX1337 - Checking Account
Blanket Bond (per case limit): $27,000,000.00
Separate Bond (if applicable):

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account/CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 07/15/13 | 003010 | GE Money Bank<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | (Final distribution to Claim 12, representing a Payment of 1.92% per court order.) | 7100-000 | | 5.84 | 904.71 |
| 07/15/13 | 003011 | GE Money Bank<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | (Final distribution to Claim 13, representing a Payment of 1.92% per court order.) | 7100-000 | | 26.27 | 878.44 |
| 07/15/13 | 003012 | Dell Financial Services L.L.C.<br>c/o Resurgent Capital Services<br>PO Box 10390<br>Greenville, SC 29603-0390 | (Final distribution to Claim 14, representing a Payment of 1.92% per court order.) | 7100-000 | | 46.35 | 832.09 |
| 07/15/13 | 003013 | HSBC Bank Nevada NA<br>Bass and Associates PC<br>3936 E Ft Lowell Rd Suite 200<br>Tucson, AZ 85712 | (Final distribution to Claim 15, representing a Payment of 1.92% per court order.) | 7100-000 | | 38.69 | 793.40 |
| 07/15/13 | 003014 | FIA Card Services NABank of America<br>by American InfoSource LP as its agent<br>PO Box 248809<br>Oklahoma City OK 731248809 | (Final distribution to Claim 17, representing a Payment of 1.92% per court order.) | 7100-000 | | 641.04 | 152.36 |
| 07/15/13 | 003015 | FIA Card Services NABank of America<br>by American InfoSource LP as its agent<br>PO Box 248809<br>Oklahoma City OK 731248809 | (Final distribution to Claim 18, representing a Payment of 1.92% per court order.) | 7100-000 | | 152.36 | 0.00 |
| | | | Page Subtotals | | 0.00 | 910.55 | |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 10
Exhibit 9

Case No: 10-23756
Case Name: GARY LYNN PRICE, JR.
TRACY LYNN PRICE
Taxpayer ID No: XX-XXX1262
For Period Ending: 10/21/13

Trustee Name: Christopher J. Redmond, Trustee
Bank Name: Union Bank
Account Number/CD#: XXXXXX1337 - Checking Account
Blanket Bond (per case limit): $27,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | COLUMN TOTALS | | 0.00 | 0.00 | 0.00 |
| | | |   Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | |   Less: Payments to Debtors | | 0.00 | 0.00 | |
| | | | Net | | 0.00 | 0.00 | |

| | | NET | ACCOUNT |
|---|---|---|---|
| TOTAL OF ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Checking Account - XXXXXX8465 | 5,878.66 | 14.66 | 0.00 |
| Money Market Account - XXXXXX1028 | 1.00 | 0.00 | 0.00 |
| Checking Account - XXXXXX3497 | 0.00 | 5,865.00 | 0.00 |
| Checking Account - XXXXXX1337 | 0.00 | 0.00 | 0.00 |
| | --------------- | --------------- | ----------- |
| | 5,879.66 | 5,879.66 | 0.00 |
| | =============== | =============== | =========== |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

Total Allocation Receipts: 0.00
Total Net Deposits: 5,879.66
Total Gross Receipts: 5,879.66

Page Subtotals      0.00      0.00

UST Form 101-7-TDR (5/1/2011) *(Page: 19)*

Case 10-23756    Doc# 61    Filed 11/20/13    Page 19 of 19